

**Mars Khaimov Law, PLLC**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/5/2023
```

E-mail: mars@khaimovlaw.com

**VIA ECF**
Honorable Judge Analisa Torres
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

July 4th, 2023

Re:   *1:23-cv-03897-AT Toro v. Le Elegant Bath, Inc.*

Status Letter and Request for Adjournment of Conference

Dear Judge Torres:

Plaintiff's counsel submits this letter-motion to seek an extension of submission deadline for the joint letter and proposed Case Management Plan currently scheduled for July 10th, 2023. Defendant has yet to appear and Plaintiff requests a 60 day adjournment to allow time for them to do so. Plaintiff proposes September 7th, 2023, or a date more convenient to the Court. This is the first time such relief is being requested.

We thank the Court for its attention and consideration in this matter.

Respectfully submitted,

*/s/ Mars Khaimov*
Mars Khaimov, Esq.
Attorney for Plaintiff

GRANTED. By **September 7, 2023**, the parties shall file their joint letter and proposed case management plan. If Defendant has not appeared by September 7, 2023, Plaintiff shall move for default in accordance with Appendix A of the Court's Individual Practices in Civil Cases, or otherwise advise the Court how she plans to proceed.

SO ORDERED.

Dated: July 5, 2023
New York, New York

ANALISA TORRES
United States District Judge