UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASMINE TORO,<br><br>                      Plaintiff,<br><br>      -against-<br><br>LE ELEGANT BATH,<br><br>                      Defendant. | 23-cv-3897 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      The complaint in this case was filed on May 9, 2023. On August 17, 2023, Plaintiff requested another thirty days to serve Defendant. To date, Defendant has neither appeared nor filed an answer. By **September 22, 2023, at 5:00 p.m.**, Plaintiff is hereby ORDERED to file on ECF a letter updating the Court on the status of the case. The letter shall address (1) whether this case has settled or otherwise been terminated, (2) whether there have been any communications with the Defendant, (3) efforts made to serve the Defendant, and (4) whether Plaintiff intends to move for default judgment or to voluntarily dismiss this case. The letter shall not exceed two (2) pages.

      SO ORDERED.

Dated: September 20, 2023
       New York, New York

                                                  ARUN SUBRAMANIAN
                                                United States District Judge