UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO,

Plaintiff,

-against-

LE ELEGANT BATH,

Defendant.

23-cv-3897 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

The complaint in this case was filed on May 9, 2023. Dkt. 1. On August 17, 2023, Plaintiff requested another thirty days to serve Defendant. Dkt. 11. To date, Defendant has neither appeared nor filed an answer. On September 20, 2023, this Court ordered Plaintiff to update the Court on the status of the case by September 22. Dkt. 13. Plaintiff has failed to follow that Order. Plaintiff shall file the requested letter by **October 5, 2023, at 5:00 p.m.**

Plaintiff is reminded that failure to comply with the Court's orders and to serve Defendant or otherwise proceed with this action are all reasons that this action **could be involuntarily dismissed**. Fed. R. Civ. P. 41(b).

SO ORDERED.

Dated: September 29, 2023
New York, New York

ARUN SUBRAMANIAN
United States District Judge