UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JASMINE TORO,

                Plaintiff,

    -against-

LE ELEGANT BATH, INC.,

                Defendant.

23-cv-3897 (AS)

ORDER

ARUN SUBRAMANIAN, United States District Judge:

    The complaint in this case was filed on May 9, 2023. Dkt. 1. On August 17, 2023, Plaintiff requested another thirty days to serve Defendant. Dkt. 11. To date, Defendant has neither appeared nor filed an answer. On September 20, 2023, this Court ordered Plaintiff to update the Court on the status of the case by September 22. Dkt. 13. Plaintiff has failed to follow that Order. On September 29, 2023, this Court ordered Plaintiff to update the Court on the status of this case by October 5. Dkt. 14. In that Order, the Court warned that this suit could be involuntarily dismissed if Plaintiff did not comply. Plaintiff has also failed to comply.

    Plaintiff is hereby ordered to update the Court on the status of this case, as requested in Dkt. 13, by **October 19, 2023, at 5:00 p.m.** If Plaintiff fails to file any update by that time, this case **will be dismissed by this Court for failure to prosecute and for failure to follow Court orders.** Fed. R. Civ. P. 41(b).

    SO ORDERED.

Dated: October 6, 2023
       New York, New York

                                            ARUN SUBRAMANIAN
                                            United States District Judge